UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/24/2021

------------------------------------------------------------------- X

JUAN DANIEL LOPEZ GIMENEZ,                           :
                                                     :
                              Plaintiff,             :
                                                     :     **20 Civ. 6698 (NSR)(AEK)**
                     -against-                       :
                                                     :
METROPOLITAN KITCHENS & COUNTERTOPS                  :
LLC d/b/a METROPOLITAN KITCHEN,                      :     **JUDGMENT**
and EDDIE MARJI,                                     :
                                                     :
                              Defendants.            :
------------------------------------------------------------------- X

        The Court orders that:

Plaintiff Juan Daniel Lopez Gimenez recovers from Defendants Metropolitan

Kitchens & Countertops LLC d/b/a Metropolitan Kitchen and Eddie Marji, jointly and

severally, the total amount of fifty-five thousand dollars ($55,000), inclusive of attorneys'

fees and costs, as set forth in the accepted offer of judgment (ECF No. 17).

        The Clerk of Court is directed to terminate this action.

Dated:   May 24, 2021
         White Plains, New York


                                            _____
                                            **Nelson S. Román**
                                            United States District Judge
                                            Southern District of New York